No. 91–595. OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION *v.* AVECOR, INC., ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–342. UBEROI *v.* BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO. Ct. App. Colo. Motion of Public Citizen for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–452. FULANI ET AL. *v.* BRADY, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–515. MCCORMICK *v.* AT&T TECHNOLOGIES, INC., ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–730. HILTON *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–591. INSLAW, INC. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 91–617. CHRISTIC INSTITUTE *v.* HULL ET AL.;
No. 91–618. SHEEHAN *v.* HULL ET AL.; and
No. 91–619. AVIRGAN ET AL. *v.* HULL ET AL. C. A. 11th Cir. Motions of Trial Lawyers for Public Justice and National Council of Churches of Christ et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. Reported below: 932 F. 2d 1572.